UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Smith, Parrish W | § | Case No.  10 B 35186 |
| Smith, Dimetia D | § | |
| Debtors | § | |
| | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/06/2010.

2) The plan was confirmed on 01/24/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/14/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/17/2011.

5) The case was dismissed on 10/24/2011.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $28,350.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,150.00 |
| Less amount refunded to debtor | $175.00 |

**NET RECEIPTS:** $6,975.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,673.75 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $357.47 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,031.22

Attorney fees paid and disclosed by debtor    $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $1,000.00 | $1,354.29 | $1,354.29 | $0 | $0 |
| America's Servicing Co | Secured | $249,192.00 | $244,607.56 | $244,607.56 | $0 | $0 |
| America's Servicing Co | Secured | NA | $93,042.43 | $93,042.43 | $0 | $0 |
| American General Finance | Secured | $500.00 | $105.09 | $105.09 | $105.09 | $0.94 |
| CNAC | Secured | $10,786.00 | $10,786.00 | $10,786.00 | $1,994.55 | $0 |
| Harley Davidson Credit | Secured | $6,800.00 | $8,980.00 | $8,980.00 | $150.00 | $0 |
| Holden Park Condominium Associati | Secured | $1,337.50 | $805.70 | $805.70 | $127.00 | $0 |
| Wells Fargo Financial Illinois Inc | Secured | $9,550.00 | NA | NA | $0 | $0 |
| Wells Fargo Financial Illinois Inc | Secured | NA | $7,867.22 | $7,867.22 | $1,566.20 | $0 |
| 500 Fast Cash | Unsecured | $300.00 | NA | NA | $0 | $0 |
| AES/PHEAA | Unsecured | NA | $93,955.79 | $93,955.79 | $0 | $0 |
| American General Finance | Unsecured | $2,360.00 | NA | NA | $0 | $0 |
| American Honda Finance Corporatio | Unsecured | $9,705.00 | $6,880.89 | $6,880.89 | $0 | $0 |
| American InfoSource LP | Unsecured | NA | $111.14 | $111.14 | $0 | $0 |
| American InfoSource LP | Unsecured | NA | $139.75 | $139.75 | $0 | $0 |
| AT&T | Unsecured | $500.00 | NA | NA | $0 | $0 |
| B-Line LLC | Unsecured | NA | $2,482.31 | $2,482.31 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Bally Total Fitness | Unsecured | $1,056.00 | NA | NA | $0 | $0 |
| Boulder Credit Service | Unsecured | $249.00 | $249.01 | $249.01 | $0 | $0 |
| Capital One | Unsecured | $7,496.00 | NA | NA | $0 | $0 |
| Chase | Unsecured | $1,497.00 | NA | NA | $0 | $0 |
| Citibank USA | Unsecured | $831.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $1,200.00 | $2,070.65 | $2,070.65 | $0 | $0 |
| Commonwealth Edison | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Credit Bureau Accts Collections & Se | Unsecured | $306.00 | NA | NA | $0 | $0 |
| Credit First | Unsecured | $426.00 | $426.10 | $426.10 | $0 | $0 |
| Credit One Bank | Unsecured | $870.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $643.00 | NA | NA | $0 | $0 |
| Cross Country Bank | Unsecured | $474.00 | NA | NA | $0 | $0 |
| Dell Financial Services, Inc | Unsecured | $1,057.00 | $1,057.67 | $1,057.67 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $1,129.00 | $1,135.59 | $1,135.59 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $897.00 | $897.89 | $897.89 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $8,836.00 | $8,829.86 | $8,829.86 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $12,740.00 | $12,741.65 | $12,741.65 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $425.00 | $464.55 | $464.55 | $0 | $0 |
| Educational Credit Management Corp | Unsecured | NA | $59,511.91 | $59,511.91 | $0 | $0 |
| Educational Credit Management Corp | Unsecured | NA | $100,564.82 | $100,564.82 | $0 | $0 |
| Enhanced Recovery | Unsecured | $275.00 | NA | NA | $0 | $0 |
| First Bank | Unsecured | $423.00 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $369.00 | NA | NA | $0 | $0 |
| GE Money Bank | Unsecured | $198.00 | $198.76 | $198.76 | $0 | $0 |
| Harley Davidson Credit | Unsecured | NA | $0 | $0 | $0 | $0 |
| Illinois Dept Of Human Services | Unsecured | NA | $4,066.27 | $4,066.27 | $0 | $0 |
| Illinois Dept Of Human Services | Unsecured | $10,910.33 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commissi | Unsecured | NA | $28,654.60 | $28,654.60 | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $2.39 | $2.39 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $402.00 | $448.65 | $448.65 | $0 | $0 |
| National Capital Management | Unsecured | NA | $560.58 | $560.58 | $0 | $0 |
| Nationwide Credit & Collection | Unsecured | $0 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | NA | $1,870.89 | $1,870.89 | $0 | $0 |
| Nicor Gas | Unsecured | $1,257.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $384.00 | $238.00 | $238.00 | $0 | $0 |
| Nicor Gas | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $781.62 | $781.62 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Portfolio Recovery Associates | Unsecured | $377.00 | $377.16 | $377.16 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $3,234.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $2,864.29 | $2,864.29 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $385.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | NA | $411.71 | $411.71 | $0 | $0 |
| Premier Bankcard | Unsecured | NA | $337.01 | $337.01 | $0 | $0 |
| Providian | Unsecured | $2,799.00 | NA | NA | $0 | $0 |
| Providian | Unsecured | $1,497.00 | NA | NA | $0 | $0 |
| Sams Club | Unsecured | $897.00 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $300.00 | $463.69 | $463.69 | $0 | $0 |
| SST | Unsecured | $1,787.00 | NA | NA | $0 | $0 |
| State of Illinois | Unsecured | $4,600.00 | NA | NA | $0 | $0 |
| Titan Group | Unsecured | $300.00 | NA | NA | $0 | $0 |
| United Cash | Unsecured | $300.00 | NA | NA | $0 | $0 |
| US Fast Cash | Unsecured | $300.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $244,607.56 | $0 | $0 |
| Mortgage Arrearage | $93,042.43 | $0 | $0 |
| Debt Secured by Vehicle | $27,633.22 | $3,710.75 | $0 |
| All Other Secured | $283,597.91 | $232.09 | $0.94 |
| **TOTAL SECURED:** | $648,881.12 | $3,942.84 | $0.94 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $1,354.29 | $0 | $0 |
| **TOTAL PRIORITY:** | $1,354.29 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $50,108.08 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
| --- | --- |
| Expenses of Administration | $3,031.22 |
| Disbursements to Creditors | $3,943.78 |
| **TOTAL DISBURSEMENTS:** | $6,975.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: April 19, 2012         By: /s/ MARILYN O. MARSHALL
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.